**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 25-cv-20485-DPG/DSW**

**JANE DOE, et al.,**

      **Plaintiffs,**

**v.**

**ROYAL CARIBBEAN CRUISES, LTD,**

      **Defendant.**

_____/

## ORDER SETTING STATUS CONFERENCE

This matter is before the Court *sua sponte*. Upon a review of the record, it is **ORDERED**

**AND ADJUDGED** as follows:

1. A status conference is scheduled for **Tuesday, May 5, 2026 at 11:00 a.m.**

2. The status conference will be conducted via Zoom as follows:

https://www.zoomgov.com/j/1610209698?pwd=psG2bqpLjScaRbH82EZDBLMuA0JQ2X.1

(Meeting ID: 161 020 9698; Passcode: 767463)

Each participant must log in 10 minutes early to make sure there are no technical issues.

3. The parties shall be prepared to discuss the status of the case.

4. Any motion to continue the status conference must include three (3) mutually agreed-upon

1

alternative dates and times and a proposed order, which the parties shall submit in Word format to Shaw-Wilder@flsd.uscourts.gov.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 17th day of April 2026.

**DETRA SHAW-WILDER**
**UNITED STATES MAGISTRATE JUDGE**

cc: All Counsel of Record

2